IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| IN RE: | MAGISTRATE JUDGE ASSIGNMENTS | ) ) ) |

MISC. NO. MC118-0012

## ORDER

On September 5, 2018, the Honorable Benjamin W. Cheesbro was sworn in as the new United States Magistrate Judge for the Southern District of Georgia, succeeding the Honorable R. Stanley Baker in Brunswick, Georgia.

**IT IS HEREBY ORDERED**, that upon due consideration, unless otherwise specifically ordered, all magistrate judge case assignments and referrals previously assigned to Judge Baker are hereby reassigned to Magistrate Judge Cheesbro.

This 5th day of September, 2018.

_____
J. Randal Hall, Chief Judge
United States District Court
Southern District of Georgia